**FILED**
2/1/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ELRODA SHAVAYA THOMPSON

Elroda Shavaya Thompson

**23-50042**

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

UNITED STATES

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS; | Captain, Avery

BUREAU OF PRISONS Director; | Unit Officer(s): D. SWARD,

REGIONAL DIRECTOR (NCRO); | B. KNESS, TEMPLETON,

WARDEN, THOMAS E. BERGAMI | SMITH, LIEUTENANT BOWMAN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___✓___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___✓___ OTHER (cite statute, if known) @ Title 42 SECTION 1997e(a)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

    A.    Name: ELRODA SHAVAYA THOMPSON

    B.    List all aliases: ELRODA SHAVON THOMPSON; Elroda Shavay Thompson

    C.    Prisoner identification number: 28805-057

    D.    Place of present confinement: UNITED STATES PENITENTIARY THOMSON

    E.    Address: 1100 One Mile Road, Thomson, Illinois 61285-1002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Collette Peters

         Title: BUREAU OF PRISONS DIRECTOR

         Place of Employment: BUREAU OF PRISONS, HQ (Washington, D.C.)

    B.    Defendant: Thomas E. Bergami

         Title: WARDEN, A.U.S.P. THOMSON

         Place of Employment: UNITED STATES PENITENTIARY THOMSON

    C.    Defendant: LIEUTENANT BOWMAN

         Title: Operations and/or Activities Lieutenant

         Place of Employment: UNITED STATES PENITENTIARY THOMSON

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ELRODA SHAVAYA THOMPSON V. CASE #7:22-cv-00228 J.C. Streeval, Warden USP Lee

B. Approximate date of filing lawsuit: June 6, 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: J.C. Streeval, Warden USP Lee

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT (Western District of Virginia)

F. Name of judge to whom case was assigned: Elizabeth K. Dillon

G. Basic claim made: Being illegally detained And serving A sentence that is now UNLAWFUL.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending.

I. Approximate date of disposition: Whenever the Supreme Court rules on Jones v. Hendrix, No. 21-857

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 15, 2022, housed in UNITED STATES PENITENTIARY THOMSON, in Unit G02, cell 211 at approximately 16:20; Prison Official TEMPLETON, an Agent of the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL OF PRISONS; in his OFFICIAL CAPACITY, PERFORMANCE OF DUTIES and SCOPE OF AUTHORITY did refuse to feed me my dinner meal. I was denied my meal because I refused to "kick open the tray slot" in violation of Program Statement 3420.11, #'s 15 (Endangering the safety of or causing injury to staff, inmates, or others through carelessness) and #16 (Giving an inmate an order that could be hazardous to health and safety). I then exercised chain of command to speak with the supervising Officer, Lieutenant BOWMAN. Lieutenant BOWMAN also refused to feed me because I did not "kick the tray slot open" for TEMPLETON. I explained ~~clearly~~ to Lieutenant BOWMAN that I am not obligated to secure or unsecure any door or locking device, and that I am also not responsible for doing such. After approximately 20 minutes of speaking with Lieutenant

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BOWMAN; OFFICER(S) D. SWARD, B. KNESS, TEMPLETON, SMITH, and Lieutenant BOWMAN ran to My cell with riot shield, Rubber Bullet Gun, Bean Bag Gun, and MK/OC-vapor Tear Gas Canister and subjected me to an immediate "Use of force". This "use of force" had not received prior approval by Captain Avery, and was totally unwarranted. I was gassed; shot with rubber bullets; shot with 6 bean-bags fired from a weapon in which a shot is discharged by gunpowder; forcefully stripped naked on digital video camera; forcefully dressed in paper garments; shackled, and handcuffed to a belly chain; place in a "restraint room" for 12 consecutive hours; and had an officer falsify an incident report in order for me to receive a formal sanction and/or loss of privileges. I was found Not Guilty of the incident report on Oct 27, 2022. This "use of force" was an official Aggravated Assault perpetrated by Agents of the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS, while "Operating in their Official Capacity", in the "Scope of their Authority" and in the "Performance of their Duties". These FBOP Employees willfully violated my rights to equal protection and to be free from cruel punishment. The Assault served no "valid penological purpose" and the nature of the Assault was "MALICIOUS and SADISTIC".

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to give me a Judgment of Divine Order to receive a Monetary Compensation of Two Million Dollars And Zero Cents — $2,000,000.00 Added to My Inmate Trust Fund Account.

## VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

X Signed this 25th day of January 20 23

_____
(Signature of plaintiff or plaintiffs)

ELRODA SHAVAYA THOMPSON
(Print name)

# 28805-057
(I.D. Number)

1100 One Mile Road, Thomson, IL 61285
Or, in the alternative: P.O. Box 1002,
Thomson, Illinois 61285
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]