[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

ELRODA SHAVIAYA THOMPSON

(#28805-057)

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

THE UNITED STATES

OF AMERICA

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

OCT 19 2023

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Case No: __23 C 50042__
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**        <u>**AMENDED COMPLAINT**</u>

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

__✓__    **OTHER** (cite statute, if known) TITLE 28 SECTION 1346(b) U.S. Code

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: ELRODA SHAVAYA THOMPSON

B.   List all aliases: _____

C.   Prisoner identification number: 28805-057

D.   Place of present confinement: United States Penitentiary Atwater

E.   Address: P.O. Box 019001, Atwater CA 95301

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: FBOP Employee Lieutenant Bowman
Title: FBOP Employee of Supervisory level and Lieutenant of operations.
Place of Employment: A.U.S.P. THOMSON, THOMSON Illinois

B.   Defendant: FBOP Employee B. KNESS
Title: #1 ranking FBOP Employee Unit Officer
Place of Employment: A.U.S.P. THOMSON Unit G2, THOMSON Illinois

C.   Defendant: FBOP Employee TEMPLETON
Title: #2 ranking FBOP Employee Unit Officer
Place of Employment: A.U.S.P. THOMSON Unit G2, THOMSON Illinois

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continued from Page 2: Defendant(s)

D. Defendant: FBOP Employee D. SWARD
   Title: FBOP Employee Unit Officer
   Place of Employment: A.U.S.P. THOMSON Unit G2, THOMSON Illinois

E. Defendant: FBOP Employee Smith
   Title: FBOP Employee Unit Officer
   Place of Employment: A.U.S.P. THOMSON Unit G2, THOMSON Illinois

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.     Name of case and docket number: Civil Action No. 7:16-cv-00493 Elroda Shiavaya Thompson V. C. Ratledge, et. Al

B.     Approximate date of filing lawsuit: ~~February 24, 2017~~ October 28, 2016

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
N/A

D.     List all defendants: Warden C. Ratledge; Mark Ryans; D. Hughes; And Acting Captain, Baker.

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court W.D. Virginia, Roanoke Division

F.     Name of judge to whom case was assigned: Michael F. Urbanski

G.     Basic claim made: Illegal Detention, Cruel And Unusual Punishment. Habeas Corpus Petition (28 U.S.C. § 2241)

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed without prejudice.

I.     Approximate date of disposition: February 24, 2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

i)   Attachment to Page 3, Section III

A. Name of Case and Docket Number: Civil Action No. 5:20-cv-78, Elroda Shavaya Thompson v. R. Hudgins.

B. Approximate date of filing lawsuit: April 21, 2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   N/A

D. List all Defendants: Warden R. Hudgins.

E. Court in which Lawsuit was filed: U.S. District Court for the Northern District of West Virginia.

F. Name of Judge to Whom case was assigned: James P. Mazzone.

G. Basic Claim Made: Habeas Corpus Petition (28 U.S.C. §2241).

H. Disposition of Case: Dismissed for lack of Jurisdiction.

I. Approximate date of disposition: January 27, 2021

ii) Attachment to Page 3, Section III

A. Name of case and Docket Number: Civil Action No. 7:22-cv-00288 Elroda Shavauja Thompson v. J. C. Streeval

B. Approximate date of filing lawsuit: June 6, 2022

C. List all plaintiffs (if you had co-plaintiffs): N/A

D. List all Defendants: Warden J. C. Streeval

E. Court in which lawsuit was filed: U.S. District Court W.D. Virginia Roanoke Division

F. Name of Judge to whom case was assigned: Elizabeth K. Dillon

G. Basic Claim Made: Habeas Corpus Petition (28 U.S.C. §2241)

H. Disposition of Case: Still pending

I. Approximate date of disposition: Still pending

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) AFFIDAVIT OF INFORMATION

Because I reported FBOP Employee D. SWARD to the O.I.G.; Office of the Regional Director (North Central Region); A.U.S.P Psychologist, Dr. TRAUFFER; S.I.S. Dougdale and Lieutenant Bowman, for sexually assaulting me on August 4, 2022, I was retaliated against by being assualted and battered on August 15, 2022 by the aforementioned defendants.

On August 15, 2022, Officer TEMPLETON, while serving dinner meal refused to open my tray slot and serve me my dinner meal. I asked for my meal and was again denied by FBOP Employee TEMPLETON. After about 15 minutes FBOP Employee Lieutenant Bowman arrived at my cell and also refuse to feed me, even after I asked him for my dinner meal, because FBOP Employee TEMPLETON told him that I refused to open the tray slot on the cell door.

Approximately 30 minutes later the aforementioned defendants came running to my cell with Shield, Pepper-Ball Gun, O.C. Vapor Cannister, and a weapon that discharges a single round Bean-bag/Styrofoam munition with the

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

firing force equal to, or greater than a 12 guage shot-gun. Lieutenant Bowman personally subjected me to and assaulted me with O.C. vapor tear gas for ~~several~~ several intervals, over 21 pepper balls shot from a paint-ball gun, and at least 3 bean bags shot from a weapon with the firing force equal to, or greater than a 12 guage shot-gun. The assault and battery took place in 6-7 minute intervals over a period of 30 minutes. The defendants knew that they were breaking the law to violate my Human Rights, Constitutional Rights and to cause me Intentional Infliction of Emotional Distress. Further, I was forcefully stripped naked while being filmed on a hand-held Digital Video Recorder (DVR) and in the sight of inmates, and in the presence of Female Staff/FBOP Contractor R.N. Jobin in order to humiliate, dehumanize and emasculate me. I was then forcefully dressed in paper garments, restrained in shackles; cuffs; and belly-chain to prevent me from using the restroom, in a cell with no mattress for 12 consecutive hours. This assault, battery, cruel and unusual punishment, and Intentional infliction of emotional distress was direct retaliation for making an official report about being sexually assaulted on August 4, 2022 by FBOP Employee D. SWARD; and served no legitimate penological purpose. An infraction (Incident Report) was falsified by FBOP Employee B. KNESS to justify the assault and Battery (Torture) I endured, but I was found "Not Guilty" of the incident by Disciplinary Hearing Officer POTES, proving that my behavior was not in violation of any of the Federal Bureau of Prisons Policies.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Attachment to Page 5, Section IV

I now suffer from emotional and psychological distress inflicted by Lieutenant Bowman; D. Sward; B. Kness; Smith; Templeton; and R.N., Jobin. I no longer trust law enforcement and I no longer respect law enforcement. I no longer trust Europeans (white people) and I no longer respect Europeans (white people).

The assault and battery was atrocious, inhumane, utterly intolerable in a civilized community, and was an intentional infliction of emotional distress that served no legitimate or justifiable penological purpose. The FBOP Employees knew they were breaking the law; intentionally broke the law; and did so because they believed that is was within their authority, while operating under color-of-law to do so.

I was issued an infractionary disciplinary report that was typed by FBOP Employee B. Kness, who knew that the falsified report and testimony would result in me being subjected to disciplinary confinement.

I was denied medical treatment by the exclusively all European (white) Health Services Department for 30 consecutive days in order to impede and refrain the documentation of the physical injuries I sustained during the assault and battery, and while being restrained in handcuffs attached to belly-chain and shackled which were so excessively tightened, I still have the cuff, belly-chain, and shackle bruises present and visibile to this very day.

I was found not guilty of the infractionary disciplinary report on Oct. 27, 2022. I have also exhausted administrative remedy procedure for the denial of medical treatment as well as for the assault and battery.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want to be compensated in United States Dollars in the Sum Certain Amount of Two Million Dollars, $2,000,000.00 directly deposited to My Inmate Commissiary And Savings Account.

**VI.    The plaintiff demands that the case be tried by a jury.**  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___12th___ day of __October__, 20 _23_

_____
(Signature of plaintiff or plaintiffs)

ELRODA SHAVAYA THOMPSON
(Print name)

# 28805-057
(I.D. Number)

UNITED STATES PENITENTIARY ATWATER
P.O. Box 019001
Atwater, CA 95301
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:23-cv-50042 Document #: 15 Filed: 11/27/23 Page 11 of 11 PageID #:86

Elroda Shavaya Thompson #28805-057
United States Penitentiary Atwater
P.O. Box 019001
Atwater, California 95301

SCREENED
OCT 19 2023
US MARSHALS

Office of the CLERK
United States District Court
327 South Church Street
Rockford, Illinois 61101

61101-127299

Legal Mail

Legal Mail